# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00384-CR

### In re Jeremy Vance Wickman

### Original Proceeding

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Jeremy Vance Wickman filed an application for a writ of habeas corpus.[1]  The application was filed as an original proceeding in this Court contending that Jeremy Vance Wickman is being illegally confined and unlawfully restrained in Navarro County, Texas.

Original jurisdiction to issue a writ of habeas corpus in a criminal proceeding is limited to the Texas Court of Criminal Appeals, the district courts, and the county courts.  *See* TEX. CODE CRIM. PROC. art. 11.05. In the

---

[1] Wickman filed a previous application with this Court on August 15, 2025, alleging the same facts, which was dismissed on August 18, 2025.  *See In re Wickman*, No. 10-25-00269-CR, 2025 WL 2399598, 2025 Tex. App. LEXIS 6326 (Tex. App.—Waco Aug. 18, 2025, no pet. h.).  He also filed a previous application with this Court on August 26, 2025, alleging the same facts, which was dismissed on August 28, 2025.  *See In re Wickman*, No. 10-25-00297-CR, 2025 WL 2476376 (Tex. App.—Waco Aug. 28, 2025, no pet. h.).  Wickman's wife and father have filed similar petitions on Wickman's behalf.

application, Wickman does not allege that he has filed a petition for a writ of habeas corpus in the trial court from which he is attempting to appeal. Because he is seeking direct relief from this Court, we lack jurisdiction in this proceeding. *See Ex parte Twyman*, 716 S.W.2d 951, 952 (Tex. Crim. App. 1986).

The petition for writ of habeas corpus filed by Jeremy Vance Wickman on October 28, 2025, is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 52.8(a).

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: November 13, 2025

Before Chief Justice Johnson,
  Justice Smith, and
  Justice Harris

Do Not Publish
OT06

